SIBLEY *et al.*, Respondents, *v.* FITCH *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by Hiram W. Sibley and others against Llanah Fitch and others.

Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.

No opinion. Judgment appealed from affirmed, without costs of this appeal to either party.

---

STAR PALACE LAUNDRY, Appellant, *v.* PLUMB, Respondent.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by the Star Palace Laundry against Almond H. Plumb.

Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.

No opinion. Order appealed from affirmed, with $10 costs and disbursements.

---

STEVENS, Respondent, *v.* AMERICAN FIRE INS. CO. *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by Holmes B. Stevens against the American Fire Insurance Company and another.

Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.

No opinion. Interlocutory judgment appealed from affirmed, with costs, with leave to answer within 20 days on payment of costs of the demurrer and of this appeal.

---

WELLS, Respondent, *v.* SIBLEY *et al.*, Appellants.

*(Supreme Court, General Term, Fifth Department.* April 13, 1892.)

Action by George W. Wells against Rufus A. Sibley and others.

Argued before DWIGHT, P. J., and MACOMBER and LEWIS, JJ.

No opinion. Motion for leave to appeal to the court of appeals granted. See 17 N. Y. Supp. 417.

---

LEVY, Respondent, *v.* MANHATTAN R. CO., Appellant.

*(Common Pleas of New York City and County, General Term.* November 2, 1891.)

Appeal from judgment on report of referee.

Action by Jefferson M. Levy against the Manhattan Railroad Company.

Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

BOOTH, Respondent, *v.* SIMPSON *et al.*, Appellants.[1]

*(Common Pleas of New York City and County, General Term.* February 24, 1892.)

Appeal from seventh district court.

Action by Henry E. Booth against Albert B. Simpson and another.

Argued before BISCHOFF and PRYOR, JJ.

*W. E. Gleason,* for appellants. *T. A. O'Reilly,* for respondent.

No opinion. Judgment affirmed, with costs.

---

KASKEL, Appellant, *v.* ZUCKER, Respondent.

*(Common Pleas of New York City and County, General Term.* February 24, 1892.)

Appeal from seventh district court.

Action by Bernhardt Kaskel against George Zucker.

[1] Reargument denied. 18 N. Y Supp 951. *mem.*